UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

       Petitioners,        22 **CIVIL** 4833 (JPO)

  -against-          **JUDGMENT**

SOUTH ISLAND INSTALLERS, INC.,
       Respondent.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2022, Petitioners' petition to confirm the Arbitration Award is GRANTED. Judgment is entered in favor of Petitioners in the amount of $349,744.66, plus $1,122 in attorneys' fees and $77 in costs, with post-judgment statutory interest; accordingly, the case is closed.

**Dated**: New York, New York
   October 17, 2022

                **RUBY J. KRAJICK**
                _____
                **Clerk of Court**
         **BY:** *K. Mango*
               _____
                **Deputy Clerk**